**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CIRCLE INTERNATIONAL, INC.,
Plaintiff,

v.

Civil No. 99-1965 (DWF/AJB)

JOHN G. KLESCH,
Defendant.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JOHN G. KLESCH,
Plaintiff,

v.

Civil No. 00-515 (JMR/FLN)

CIRCLE INTERNATIONAL, INC.,
Defendant.

Case No. 99-1965 having been assigned to Judge Donovan W. Frank and Case No.00-515 having later been assigned to Judge James M. Rosenbaum, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-515 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: March 14, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: March 17, 2000

JAMES M. ROSENBAUM
Judge of United States District Court

FILED MAR 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use new case number

00-515 DWF/AJB