UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN G. KLESCH,

Plaintiff,

vs.

CIRCLE INTERNATIONAL, INC.,

Defendant.

Civil No. 00-515 DWF/AJB

**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER**

WHEREAS the deadline for answering Plaintiff's Complaint in the above-entitled matter was originally March 28, 2000;

WHEREAS the parties began negotiating a settlement of the matter and stipulated to extend the deadline for answering to April 7, 2000, for which the Court issued an Order; and

WHEREAS the parties are still negotiating the final settlement agreement,

Based on the agreement of the parties, it is hereby stipulated that Defendant's deadline for answering the above-entitled matter, currently April 7, 2000, should be extended 10 days to April 17, 2000. Therefore, the parties respectfully request an Order allowing this extension.

Dated: April 7, 2000

**LITTLER MENDELSON, P.C.**

By: [signature]
Marko J. Mrkonich (#125660)
Heather C. Sherman (#0288135)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT CIRCLE INTERNATIONAL, INC.**

FILED APR 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 7, 2000

**WINTHROP & WEINSTINE, P.A.**

By: ______________________________
Eric J. Nystrom (#19489X)
John C. Ekman (#0276480)
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
Telephone: (651) 290-8400
Facsimile: (651) 292-9347

**ATTORNEYS FOR PLAINTIFF JOHN G. KLESCH**

**IT IS SO ORDERED**

Dated: April 11, 2000

______________________________
Magistrate Judge of the United States District Court