UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN G. KLESCH,

Plaintiff,

vs.

CIRCLE INTERNATIONAL, INC.,

Defendant.

Civil No. 00-515 DWF/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed with prejudice.

Dated: April 17, 2000

**LITTLER MENDELSON, P.C.**

By: [signature]

Marko J. Mrkonich (#125660)
Heather C. Sherman (#0288135)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT CIRCLE INTERNATIONAL, INC.**

FILED APR 18 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 6, 2000

WINTHROP & WEINSTINE, P.A.

By: ______________________

Eric J. Nystrom (#19489X)
John C. Ekman (#0276480)
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
Telephone: (651) 290-8400
Facsimile: (651) 292-9347

**ATTORNEYS FOR PLAINTIFF**
**JOHN G. KLESCH**

**IT IS SO ORDERED**

Dated: April 18, 2000

______________________
Judge of the United States District Court